**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IRENE FIORELLO, D.D., | : |
| Plaintiff, | : Civil Action No. 19-10542 (MAS) (TJB) |
| v. | : **MEMORANDUM ORDER** |
| SANTANDER BANK, et al., | : |
| Defendants. | : |

Before the Court is Plaintiff Irene Fiorello, D.D.'s ("Plaintiff") application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. The Court finds that Plaintiff successfully demonstrated financial eligibility to proceed *in forma pauperis*, and therefore, directs that Plaintiff's Amended Complaint be filed.[1] (ECF No. 2.)

The Court further finds, *sua sponte*, that Plaintiff's Amended Complaint fails to conform to Federal Rules of Civil Procedure[2] 8(a) and 9(b). *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *see also Phillips v. Cty. of Allegheny*, 515 F.3d 224, 233 (3d Cir. 2008). Rule 8 requires sufficient allegations to put defendants fairly on notice of the claims against them so that they may adequately respond to the plaintiff's allegations. Fed. R. Civ. P. 8(a); *see also Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Rule 9(b) requires "a party [to] state with particularity the circumstances constituting fraud or mistake." Fed. R. Civ. P. 9(b). Here, Plaintiff only provides general statements alleging, among other things, negligence and fraud. Plaintiff, however, fails to provide

---

[1] Plaintiff filed her initial Complaint on April 19, 2019 (ECF No. 1), and filed an Amended Complaint on April 23, 2019 (ECF No. 2).

[2] References to "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.

a *pro se* complaint liberally, it should not consider factually unsupported accusations that merely state "the-defendant-unlawfully-harmed-me." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *see also Erickson v. Pardus*, 551 U.S. 89, 94-95 (2007). The Court, consequently, finds Plaintiff's bald assertions insufficient to support a cognizable claim against Defendants.

Accordingly,

IT IS on this 13th day of May 2019, **ORDERED** that:

1. Plaintiff's *in forma pauperis* application (ECF No. 1-6) is **GRANTED**;
2. Plaintiff's Amended Complaint (ECF No. 2) is dismissed without prejudice;
3. By **June** 13th, **2019**, Plaintiff may file a Second Amended Complaint;
4. If Plaintiff fails to file a Second Amended Complaint by **June** 13th, **2019**, the Amended Complaint shall be dismissed with prejudice and the case shall be closed.

                                                     /s/ Michael A. Shipp
                                                     **MICHAEL A. SHIPP**
                                                     **UNITED STATES DISTRICT JUDGE**