

Joshua S. Fischer
T. 212.490.3333
F. 212.490.3332
jfischer@houser-law.com

*Licensed in NY and NJ*

Houser LLP
60 East 42nd Street
Suite 2330
New York, NY 10165

www.houser-law.com

ARIZONA

CALIFORNIA

CONNECTICUT

MASSACHUSETTS

MINNESOTA

NEVADA

NEW JERSEY

NEW MEXICO

NEW YORK

OREGON

WASHINGTON

November 1, 2019

**VIA ECOURTS**
Clerk of the Court
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Newark, NJ 07101

    Re:  Case Name: <u>Fiorello v. Santander Bank, et al.</u>
          Docket Number: 3:19-cv-10542-MAS-TJB

Dear Clerk:

    As counsel for the defendants, PHH Mortgage Corporation, i/s/a "Ocwen Loan Servicing, LLC (A.K.A. PHH Mortgage)", and Deutsche Bank National Trust Company as Trustee of The Indymac Indx Mortgage Loan Trust 2005-AR6, Mortgage Pass Through Certificates Series 2005-AR6 Under The Pooling And Servicing Agreement Dated March 1, 2005, i/p/a "Deutsche Bank (A.K.A. Deutsche Bank National Trust Company)", we request an automatic extension pursuant to Local Civ. R. 7.1(d)(5) to file an opposition to Plaintiff's "Motion to Produce the Note", which was filed on October 25, 2019, with a Motion Day of November 18, 2019.

    The originally-noticed Motion Day has not been extended or adjourned. This request is being made before November 4, 2019, the day opposition papers are due.

    The new motion day is December 2, 2019, with opposition due on November 18, 2019.

Respectfully submitted,

HOUSER LLP

*s/ Joshua S. Fischer*
Joshua S. Fischer, Esq.

cc:    All Counsel of Record (via ECF), and Irene Fiorello (via email)