**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IRENE FIORELLO,<br><br>               Plaintiff,<br><br>     v.<br><br>SANTANDER BANK, et al.,<br><br>               Defendants. | Civil Action No. 19-10542 (MAS) (TJB)<br><br>**MEMORANDUM ORDER** |

This matter comes before the Court upon Defendant Santander Bank, N.A.'s ("Defendant" or "Santander") Motion to Dismiss (ECF No. 68) pro se Plaintiff Irene Fiorello's ("Plaintiff" or "Ms. Fiorello") Third Amended Complaint ("TAC," ECF No. 8). Plaintiff opposed (ECF No. 89), and Santander replied (ECF No. 96). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1.

The docket in this matter reflects that the other defendants, Ocwen, Deutsche Bank, CIT Group, Inc., OneWest Bank, IndyMac, and FDIC all previously filed motions to dismiss the TAC. (ECF Nos. 25, 30, and 54.) The Court granted these motions on July 28, 2020 (ECF No. 61), and denied Ms. Fiorello's Motion for Reconsideration on March 27, 2021 (ECF No. 100). The Court hereby adopts the reasoning set forth in its July 28, 2020 Memorandum Opinion. (Mem. Op., ECF No. 61.) For the same reasons stated in its July 28, 2020 Memorandum Opinion, Defendant's current Motion is granted because Fiorello's claims against Santander are either barred by claim preclusion or the Entire Controversy Doctrine. (*Id.* at *9–13.)

Accordingly,

IT IS on this 12th day of April 2021 ORDERED that:

1. Santander's Motion to Dismiss (ECF No. 68) is GRANTED.

*MAShipp*

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE